| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 2 | VINCENTE A. TENNERELLI<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |

**FILED**

Mar 17, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(D) DIRECTING APPLE INC. TO PROVIDE CERTAIN RECORDS RELATING TO AKOP ELECHYAN AND EAGLE FIRE & WATER RESTORATION, INC. | CASE NO. 1:21-sw-0088-EPG<br><br>[~~PROPOSED~~] ORDER |

The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that the Court issue an Order requiring Apple Inc., an electronic communications service provider and/or a remote computing service headquartered in Cupertino, California, to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

The Court determines that there is reason to believe that notification of the existence of this Order will seriously jeopardize the ongoing investigation, including by giving targets an opportunity to destroy or tamper with evidence or change patterns of behavior. *See* 18 U.S.C. § 2705(b)(2), (5).

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that Apple Inc. shall, within ten days of the date of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

IT IS FURTHER ORDERED under 18 U.S.C. § 2705(b) that Apple Inc. shall not disclose the existence of the application of the United States, or the existence of this Order of the Court, to the subscribers of the account(s) listed in Attachment A, or to any other person, for 180 days, except that Apple Inc. may disclose this Order to an attorney for Apple Inc. for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Dated:  **Mar 17, 2021**

*Erica P. Grosjean*
The Honorable Erica P. Grosjean
UNITED STATES DISTRICT JUDGE

ATTACHMENT A

I. **The Accounts**

The Order applies to certain records and information associated with the following Apple IDs:

Apple IDs linked to phone number 559-205-9309

Apple IDs linked to the phone number 559-408-1449

Apple IDs listing Akop Elechyan as a subscriber

Apple IDs listing Eagle Fire & Water Restoration Inc. as a subscriber

II. **Records and Other Information to Be Disclosed**

Apple Inc. is required to disclose the following records and other information, if available, to the United States for each account or identifier listed in Part I of this Attachment (the "Accounts"), for the time period January 1, 2015 through the present, regardless of whether such information is located within or outside of the United States:

A. The following information about the customers or subscribers of the Accounts:

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

3. Local and long distance telephone connection records (including records of text messages sent and received);

4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

5. Length of service (including start date) and types of service utilized;

6. Telephone or instrument numbers (including MAC addresses);

       7. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

       8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

B. All records and other information (not including the contents of communications) relating to the Accounts, including:

       1. Records of user activity for each connection made to or from the Accounts, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses; and

       2. Information about each communication sent or received by the Accounts, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers).

Apple Inc. is hereby ordered to disclose the above information to the government within 14 days of issuance of this Order.